**THE HONORABLE ROBERT J. BRYAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN WILSON and KRISTINA WILSON, husband and wife, and their minor children, M.W. and K.W., <br><br> Plaintiffs, <br><br> v. <br><br> SHERWIN-WILLIAMS COMPANY, an Ohio Corporation; BALL AEROSOL AND SPECIALTY CONTAINER HOLDING CORPORATION, an Indiana corporation; and, JOHN DOES 1-5, <br><br> Defendants. | NO. C09-5333 RJB <br><br> ORDER GRANTING EXTENSION OF DISCOVERY |

Based upon the agreement of the parties, the Court grants the motion to extend the timeline for disclosure of expert rebuttal opinions to May 14, 2010, with completion of all discovery not later than June 11, 2010. In the event the mediation effort is successful the parties shall immediately report to the Court the fact of settlement.

It is so **ORDERED**. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 5th day of March, 2010.

_____
Robert J. Bryan, United States District Judge

ORDER- 1