THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

RYAN WILSON and KRISTINA WILSON, husband and wife, and their minor children, M.W. and K.W.,

Plaintiffs,

vs.

SHERWIN-WILLIAMS COMPANY, an Ohio Corporation; BALL AEROSOL AND SPECIALTY CONTAINER HOLDING CORPORATION, an Indiana corporation; and JOHN DOES 1-5,

Defendants.

NO. C09-5333 RJB

ORDER ON PARTIES' STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BALL AEROSOL AND SPECIALTY CONTAINER HOLDING CORPORATION ONLY WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1)

**NOTE ON MOTION CALENDAR:**
**August 5, 2010**

## ORDER OF DISMISSAL

Based on the Stipulation for Dismissal of All Claims Against Defendant Ball Aerosol and Specialty Container Holding Corporation Only With Prejudice and Without Costs Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED that this action is dismissed against defendant Ball Aerosol and Specialty Container Holding Corporation only with

ORDER OF DISMISSAL - 1
C09-5333 RJB

01867/100803OrderReDismissal

TODD & WAKEFIELD
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980

prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1). This Order shall not affect any remaining claims against defendants Sherwin-Williams Company in this action.

Dated this 9th day of August, 2010.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

resented by:

TODD & WAKEFIELD


By _____/s/_____
   Scott C. Wakefield      WSBA #11222
   Attorneys for Defendant Ball Aerosol and
     Specialty Container Holding Corporation

ORDER OF DISMISSAL - 2
C09-5333 RJB

01867/100803OrderReDismissal

TODD & WAKEFIELD
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980